YEERIK MOY (SBN 268983)
SAFEER HOPTON (SBN 271027)
SAG-AFTRA
5757 Wilshire Boulevard, 7th Floor
Los Angeles, California 90036-3600
Telephone:  (323) 634-8291
Facsimile:   (323) 634-8126
yeerik.moy@sagaftra.org

Attorney for Petitioner
Screen Actors Guild - American Federation
of Television and Radio Artists

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>          Petitioner,<br><br>v.<br><br>HITTERS, LLC and VENTURA ENTERTAINMENT, LLC,<br><br>          Respondents. | Case No.  CV13-01571 AG (RZx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. came before the Court.

     Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any

oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1.The stipulated arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against HITTERS, LLC and VENTURA ENTERTAINMENT, LLC ("Respondents"), Union Case 2387, dated March 6, 2009, is confirmed in all respects.

2.Respondents are ordered to pay as follows:

(a)To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $75,400.00;

(b)To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

(c)To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $350.00.

3.Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Hitters* anywhere in the world until the amounts due are paid in full.

4.SAG-AFTRA is authorized to engage in any of the remedial actions provided for in the Security Agreement.

Dated: April 29, 2013

_____
Judge of the United States District Court
Andrew J Guilford